UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MISHA MORTON,

                                 Plaintiff,

  -against-

NASSAU COUNTY POLICE DEPARTMENT
DETECTIVE SERGEANT BRIAN SWEENEY,
LIEUTENANT MCGLAUGHLIN,
DETECTIVE JOHN CEPRINI,
DETECTIVE JOHN FITZGERALD,
DETECTIVE LAURETTE HARPER,
DETECTIVE EDWARD GOLLER,
LIEUTENANT ROBERT NEWBERT, individually and
in their Official capacities and as Employees of the
Nassau County Police Department,

                                Defendants.
-----------------------------------------------------------------X

JUDGMENT
05-CV- 4000 (SJF)

      A Memorandum and Order of Honorable Sandra J. Feuerstein, United States District Judge, having been filed on November 27, 2007, granting defendant's motion for summary judgment as to all claims under federal law; dismissing plaintiff's remaining claims under New York law pursuant to 28 U.S.C. § 1367(c)(3); and dismissing plaintiff's complaint in its entirety; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that defendant's motion for summary judgment is granted as to all claims under federal law; that plaintiff's remaining claims under New York law are dismissed pursuant to 28 U.S.C. § 1367(c)(3); and that plaintiff's complaint is dismissed in its entirety.

Dated: Brooklyn, New York
       November 28, 2007

                                                        ROBERT C. HEINEMANN
                                                        Clerk of Court